UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LOUIS JAMES THIBODEAUX,

                Plaintiff,

v.

DANIEL WHITE, et al.,

                Defendants.

No. 3:19-CV-05134-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court on the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. #16], and the underlying record.

(1)     The Report and Recommendation is **ADOPTED**.

(2)     This case is dismissed without prejudice.

(3)     Thibodeaux's IFP status is revoked.

The Clerk shall send copies of this Order to Thibodeaux's last known address and to Magistrate Judge Christel.

IT IS SO ORDERED.

**DATED** this 3rd day of June, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1