|   |   |
|---|---|
| LOUIS JAMES THIBODEAUX, | |
| Plaintiff, | CASE NO. 3:19-CV-05134-RBL-DWC |
| v. | ORDER |
| DANIEL WHITE, et al., | |
| Defendants. | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

Plaintiff Louis James Thibodeaux filed this civil rights complaint under 42 U.S.C. § 1983 on February 15, 2019. Dkt. 1. Currently before the Court is Plaintiff's Motion requesting the Court direct "Inmate Banking" to stop withdrawing funds from his account to pay the filing fee in this case. Dkt. 20.

The Court granted Plaintiff *in forma pauperis* ("IFP") status in this case. *See* Dkt. 6, 14. The Court subsequently determined Plaintiff had incurred "three strikes" and was barred from proceeding IFP. *See* Dkt. 16, 18. The Court revoked Plaintiff's IFP status and dismissed this lawsuit. *See* Dkt. 18.

In the Motion, Plaintiff requests the Court direct "Inmate Banking" to stop withdrawing funds from his account to pay the $350 filing fee in this case. Because Plaintiff had incurred "three strikes" prior to filing this lawsuit, his IFP status should not have been granted. His IFP status was revoked and this case was dismissed. *See* Dkt. 16, 18. As such, the Court finds Plaintiff should not be required to pay the $350 filing fee.

Therefore, Plaintiff's Motion (Dkt. 20) is granted. The agency housing Plaintiff is directed to cease collection of and forwarding to this Court the filing fee for this action. The Clerk of Court is directed to refund to Plaintiff any funds received in July, August, and September of 2019 for the filing fee in this case by October 15, 2019. The Clerk of Court is further directed to forward this Order to the financial division of the agency housing Plaintiff.

Dated this 11th day of September, 2019.

David W. Christel
United States Magistrate Judge